# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rony Ernesto Lopez<br>Dba Rony's Place<br>Susan M. Lopez<br>      Debtors | Case No.: 4:14-02063-JJT |
| Wilmington Trust, National Asssociation,<br>As Successor Trustee to Citibank, NA, As<br>Trustee for Bear Stearns Asset Backed<br>Securities I Trust 2006-HE3, Asset-Backed<br>Certificates, Series 2006-HE3<br>      Movant | Chapter 13 |
| vs. | |
| Rony Ernesto Lopez<br>Dba Rony's Place<br>Susan M. Lopez<br>Michael W. Robinson<br>      Respondents | |

## ANSWER OF RESPONDENTS NAMED ABOVE TO MOTION
## FOR RELIEF FROM AUTOMATIC STAY OF MOVANT NAMED ABOVE

Respondent Debtors, by their Attorney, W. David Todd, Answers as follows:

1-5. Admitted.

6. Denied as to the first sentence of Paragraph 6.

7. Admitted that 11 USC 362 stays foreclosure proceedings.

8. Denied. Neither Respondents nor their Attorney have knowledge of receiving any notice of being behind in payments.

9. Denied. Now that notice has been given, Respondents, if they are indeed behind, will most likely cure the default in a timely manner

10. Respondents' undersigned Attorney grants permission to Movant's counsel to communicate with him on this matter.

11. Denied.

12. Denied.

WHEREFORE, Respondents respectfully request this Honorable Court to deny Movant's Motion in its entirety.

Respectfully submitted.

W. David Todd
Atty ID No. 42979
PO Box 321
Boalsburg PA 16827
(814) 234-2003

Date: October 23, 2017

CERTIFICATE OF SERVICE

I, W. David Todd, do hereby certify that I have on the date set forth below, forwarded a true and correct copy of the foregoing Answer by CM/ECF to the following:

Phelan Hallinan Diamond & Jones, LLP
Jerome Black, Esq.
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia PA 19103

Standing Chapter 13 Trustee

W. David Todd
Attorney for Respondents, ID No. 42979
PO Box 321
Boalsburg PA 16827
(814) 234-2003
(814) 308-8889 fax
boalsburg@hotmail.com

October 23, 2017