UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RONY ERNESTO LOPEZ            Case No.: 4-14-02063-RNO
SUSAN M. LOPEZ                Chapter 13
        Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | WELLS FARGO |
| Court Claim Number: | 13 |
| Last Four of Loan Number: | 7858 |
| Property Address if applicable: | 140 W. COLLEGE AVENUE, , PLEASANT GAP, PA16823 |

**PART 2:         CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages: $141.02
b. Prepetition arrearages paid by the Trustee: $98.83
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $98.83

**PART 3:         POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:         A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: July 18, 2019                          Respectfully submitted,

                                         <u>s/ Charles J. DeHart, III, Trustee</u>
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         Fax:  (717) 566-8313
                                         eMail:  dehartstaff@pamd13trustee.com

Creditor Name: WELLS FARGO
Court Claim Number: 13

```
    CLM #    CHECK #      DATE          PRIN PAID      INT PAID      TOTAL DISB
    0130     1136236      10/06/2015    $17.04         $0.00         $17.04
    0130     1145664      03/02/2016    $15.71         $0.00         $15.71
    0130     9003273      08/04/2016    $16.27         $0.00         $16.27
    0130     9003682      01/12/2017    $18.75         $0.00         $18.75
    0130     9003682      02/03/2017    $-18.75        $0.00          $-18.75
    0130     9003761      02/08/2017    $18.75         $0.00         $18.75
    0130     9004146      07/06/2017    $15.54         $0.00         $15.54
    0130     9004544      12/05/2017    $15.52         $0.00         $15.52
    0130     9005024      05/15/2018    $15.47         $0.00         $15.47
    0130     0            06/05/2018    $-15.47        $0.00         $-15.47
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
RONY ERNESTO LOPEZ  Case No.: 4-14-02063-RNO
SUSAN M. LOPEZ  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 18, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| W. DAVID TODD, ESQUIRE<br>P.O. BOX 321<br>BOALSBURG PA, 16827- | SERVED ELECTRONICALLY |
| WELLS FARGO BANK, N.A.<br>ATTN: BANKRUPTCY DEPT/MAC#D3347-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SC, 29715 | SERVED BY 1ST CLASS MAIL |
| RONY ERNESTO LOPEZ<br>SUSAN M. LOPEZ<br>140 W. COLLEGE AVENUE<br>PLEASANT GAP, PA 16823 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 18, 2019

    s/ Donna Schott
    Charles J. DeHart, III, Trustee
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    Fax: (717) 566-8313
    eMail: dehartstaff@pamd13trustee.com