```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 14-02063-RNO
Rony Ernesto Lopez                                              Chapter 13
Susan M Lopez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: TWilson              Page 1 of 1           Date Rcvd: Sep 13, 2019
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db/jdb         +Rony Ernesto Lopez,   Susan M Lopez,   140 W College Avenue,   Pleasant Gap, PA 16823-3226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Creditor Lori  Fisher dhahn@nittanylaw.com, psampsel@nittanylaw.com
              Jerome B Blank    on behalf of Creditor    Wilmington Trust, National Association, As Successor
               Trustee to CitiBank, N.A., et. al. pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    Wilmington Trust, National Association, As
               Successor Trustee to CitiBank, N.A., et. al. pamb@fedphe.com
              Kathryn Leanne Mason    on behalf of Creditor    Midwest Financial Acceptance Corporation
               klm@jsdc.com,   cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com
              Kimberly A Bonner    on behalf of Creditor    Midwest Financial Acceptance Corporation kab@jsdc.com,
               jnr@jsdc.com
              Mario John Hanyon    on behalf of Creditor    Wilmington Trust, National Association, As Successor
               Trustee to CitiBank, N.A., et. al. pamb@fedphe.com
              Melissa L. Van Eck    on behalf of Creditor    PA Department of Revenue mvaneck@attorneygeneral.gov,
               ARC-CourtMiddleDistrict@attorneygeneral.gov
              Steven C Gould    on behalf of Creditor    PA Department of Revenue sgould@attorneygeneral.gov,
               dbiller@attorneygeneral.gov
              Thomas  Song    on behalf of Creditor    Wilmington Trust, National Association, As Successor
               Trustee to CitiBank, N.A., et. al. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              W. David Todd    on behalf of Debtor 1 Rony Ernesto Lopez boalsburg@hotmail.com, dwdt@aol.com
              W. David Todd    on behalf of Debtor 2 Susan M Lopez boalsburg@hotmail.com, dwdt@aol.com
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                             TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Rony Ernesto Lopez, dba Rony's Place, | Chapter 13 |
| **Debtor 1** | Case No. 4:14−bk−02063−RNO |
| Susan M Lopez, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−7861    xxx−xx−5021

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 13, 2019        By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

**fnldec** (05/18)